IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATTI BURKS, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  3:23-CV-2472-N |
| PLAINSCAPITAL BANK., | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

By separate Order of this same date, the Court grants Plaintiff Patti Burks's motion to dismiss [11] and Defendant Plainscapital Bank's motion to compel individual arbitration [9].  Accordingly, it is ordered that Burks's claims are dismissed without prejudice.  Court costs are taxed against the party incurring costs.  This is a final judgment.

Signed June 12, 2024.

_____
David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE